UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATTY L. GEORGE**                                                                                   **PLAINTIFF**

v.                              CASE NO. 4:09cv00874 BSM

**KRGP, Inc., Individually and as**
**General Partner of Kroger Limited**
**Partnership I; KROGER LIMITED**
**PARTNERSHIP I; INDIAN HILLS**
**SHOPPING CENTER, LLC; C&C**
**COMMERCIAL CLEANER, INC.**                                                     **DEFENDANTS**

## ORDER

The motion of plaintiff, Patty L. George, to dismiss separate defendant C&C Commercial Cleaner, Inc. ("C&C") without prejudice is granted and C&C is hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE