UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATTY L. GEORGE**                                                                          **PLAINTIFF**

v.                    **CASE NO. 4:09cv00874 BSM**

**KRGP, INC., Individually and as General Partner
of Kroger Limited Partnership I; KROGER LIMITED
PARTNERSHIP I; and INDIAN HILLS SHOPPING
CENTER, LLC.**                                              **DEFENDANTS**

## ORDER

Plaintiff Patty L. George ("George") moves for a continuance and stay. [Doc. No. 97]. Defendants agree to the motion. George makes the request to allow time for mediation. The motion is granted.

Accordingly, this case is stayed and the trial date is continued to October 3, 2011, at 9:30 a.m. An amended scheduling order will be filed in accordance with this order.

IT IS SO ORDERED this 27th day of June, 2011.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE