UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATTY L. GEORGE**                                                                              **PLAINTIFF**

v.                          **CASE NO. 4:09cv00874 BSM**

**KRGP, INC. Individually and as
General Partner of Kroger Limited
Partnership I; KROGER LIMITED
PARTNERSHIP I; and INDIAN HILL
SHOPPING CENTER, LLC**                                    **DEFENDANTS**

**ORDER**

The parties request this case be dismissed with prejudice due to settlement. [Doc. No. 102]. The request is granted. Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August, 2011.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE